UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MASHAL MULAZADA,

Petitioner,

v.

RON MURRAY, et. at.,

Respondents.

No.  1:26-cv-00921-DC-DMC-HC

ORDER

Petitioner, an immigration detainee proceeding with counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 5, 2026, the District Judge issued a preliminary injunction ordering Petitioner's immediate release. See ECF No. 9. Respondents previously requested an extended 180 day briefing schedule on the habeas petition, contending it was necessary

> to wait until the resolution of the pending Ninth Circuit appeals in *Rodriguez v. Bostock*, 779 F.Supp.3d 1239 (W.D.Wash. 2025) and *Carballo v. Andrews*, No. 1:25-CV-00978-KES-EPG (HC), 2025 WL 2381464 (E.D. Cal. Aug. 15, 2025) which are likely to resolve the issues this case presents in the coming months. In particular, it appears that *Carballo* will directly address the issues raised by Count Two.

ECF No. 8, pgs. 1-2.

Petitioner objected to the proposed lengthy briefing period, asserting that the cases pending before the Ninth Circuit are substantially different than the facts relating to the instant

1

petition and such a delay would be an injustice.  See ECF No. 12.

The Court agrees with Petitioner.  The District Judge issued a preliminary injunction, finding Petitioner has a strong likelihood of success on the merits of his first claim for relief, violation of due process. See ECF No. 9. Additionally, this Court and Respondents do not have control over when the Ninth Circuit decides the pending cases. Thus, even if the pending cases related to Petitioner's claims, a 180 day delay would not guarantee resolution of those matters. Finally, where the Court finds Petitioner is likely to succeed on the merits of his claims, it will not delay issuing Petitioner relief on the prospective chance a pending appeal could change the outcome of one claim in the case.  Thus, Respondents' request for a 180 day briefing schedule on the habeas will be denied and the undersigned will issue a briefing schedule.

Accordingly, it is HEREBY ORDERED that:

1.      Respondents' request for 180 days to respond to the Petition, ECF No. 8, is DENIED.

2.      Respondents are directed to file an answer/return within 14 days from the date of this order.  If an answer/return is filed, Respondents shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application.

3.      Petitioner's reply/traverse, if any, is due within 7 days after being served a copy of Respondents' answer/return.

Dated:  March 17, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2