UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MASHAL MULAZADA,

Petitioner,

v.

RON MURRAY, et al.,

Respondents.

No. 1:26-cv-00921-DC-ICD (HC)

<u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u>

(Doc. No. 17)

Petitioner, while an immigration detainee, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 30, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (Doc. No. 17.) On October 7, 2026, Respondents objected to the extent that the findings and recommendations "impose additional requirements beyond those require[d] by statute," because "the [8 U.S.C.] § 1226(a) framework is generally constitutional and does not require procedures beyond the governing statutes and regulations," and "Petitioner has not made a case specific showing that these procedures are unconstitutional as applied to him." (Doc. No. 18.) However, those arguments were already addressed by the magistrate judge and the undersigned in this case. (*See* Doc. Nos.

9, 17.) Thus, Respondents' objections provide no basis upon which to reject the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed September 30, 2026 (Doc. No. 17), are ADOPTED;
2. The petition for writ of habeas corpus (Doc. No. 1), is GRANTED;
3. The injunctive relief set forth in this court's prior order (Doc. No. 9) is made permanent; and
4. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 24, 2026**

Dena Coggins
United States District Judge